# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

NIGEL M. REID II )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. ) Case No. _____
AUBREY'S RESTAURANT ) (to be assigned by Clerk)
INC. )
JASON WARD )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

440 CIVIL RIGHTS - OTHER CIVIL RIGHTS
42:1983 CIVIL RIGHTS ACT

2. Plaintiff, NIGEL M. REID II resides at
P.O. BOX 2253, MORRISTOWN
street address                        city
HAMBLEN, TN, 37816, 423-277-3737
county      state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

NONE

1

3. Defendant, AUBREY'S RESTAURANT INC. lives at, or its business is located at
5401 KINGSTON PIKE BUILDING 1 SUITE 280, KNOXVILLE
street address / city
KNOX COUNTY, TN, 37919.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

JASON WARD

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

ON JANUARY 3, 2018, I MADE A COMPLAINT OF SEXUAL HARASSMENT TO MY DISTRICT MANAGER. ON JANUARY 15, 2018, I WAS DISCHARGED. THE REASON GIVEN FOR MY DISCHARGED WAS FOR A NO-CALL NO SHOW

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. AGGRAVATED DAMAGES 5 MILLION

b. PAIN SUFFERING AND LOSS AMENITY 5 MILLION

c. PUNITIVE DAMAGES 5 MILLION

d. EMOTIONAL DISTRESS 5 MILLION

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this JUNE day of 05, 2018.

P.O. BOX 2253
MORRISTOWN, TN 37816

Nigel M. Riddle
Signature of plaintiff (s)

3

ATTACHMENT TO MY COMPLAINT

1. "JASON WARD" - IS STILL WORKING THERE.

2. THERE AVOIDING THERE ON POLICY.

3. I WAS NOT SATISFIED WITH THE RESOLUTION OF THIS MATTER PERIOD.
   1. THEY WHERE, NOT ME.

4. THERE ON STORE MANAGER GOT A D.U.I. ON GRAND OPENING MORNING AROUND 3:00AM OR SO.
   1. NAME JEANNE HEACOCK.
   2. THAT STILL WORKING THERE.

5. ON THERE RESPONSE WITH GEORGE UNDERWOOD ON THERE POLICY.
   1. THERE NO MANAGER THAT SIGN AND DATED THIS DOCUMENT.
   2. ON MANAGER SIGNATURE, THERE ONLY A DATE, DATED 11-28-2017, THAT I DATED NOT THEM.
   3. THIS DOCUMENT DOES NOT EXIST AT ALL OR HAVE GROUNDS TO STAND ON PERIOD.

1.

6. ON THE INFORMATION ON "JASON WARD".
1. HE CAME THROUGH THE BACK DOOR.
2. THE BACK DOOR SHOULD OF BEEN LOCKED.
3. THE MANAGER ON DUTY WAS HIS WIFE "KIM WARD".
4. "JASON WARD" CAME IN AND HARRASSED THE OTHER EMPLOYEES THAT NIGHT.
5. "JASON WARD" WAS DRUNK.
6. "JASON WARD" WAS OFF THE CLOCK.
7. "JASON WARD" HAD NO RIGHT TO TOUCH ANYONE THAT NIGHT.
8. THIS IS A LIABILITY ISSUE.
9. THE MAN CAME BEHIND ME AND MADE CONTACT ON ME AND FOLLOWING FOR 30 SEC TO A MINUTE LONG ON SECURITY FOOTAGE.
10. "JASON WARD" CONVICTION WAS SET UP FOR THE BEST WAY, FOR HIM AND AUBREY'S INC.
11. "JASON WARD" ON PROBATION FOR THIS MATTER AND HAS A ONE YEAR RESTRAINING ORDER ON HIM TO KEEP HIM FROM ME.
12. THE EEOC HAS THE RIGHT OF THERE ON DECISION MAKING BY LAW.
1. DOES NOT MEAN THERE RITE BY DOING SO ALL THE TIME. BUT THEY CAN.

7. ON THE DAY OF JANUARY-13-2018 I SPOKE DIRECTLY TO THE OWNER "RANDY BURLESON" IN THE KITCHEN ON SERCUITY FOOTAGE ABOUT ME HAVING LOWER ABDOMIAL PAIN, WHY AT WORK.
1. "RANDY BURLESON" TOLD ME WHEN EVER YOU COME BACK BRING A DOCTOR EXCUSE.
2. I BROUGT THE DOCTOR EXCUSE'S
3. I WAS NOT ON THE SCHEDULE TO WORK ON JANUARY-14-2018
4. I SENT A TEXTS MESSAGE TO MY KITCHEN MANAGER BYRAN.
5. STATING THIS: HEY BYRAN. IT WE NIGEL, IM AT THE E.R. I HAD TO LEAVE WORK EARLY TODAY. I RAN EVERYTHING THROUGH TO RANDY HE TOLD ME TO BRING BACK A DOCTOR EXCUSE WHEN I COME BACK. I THINK I PULLED A MUSCLE.
6. THE MANAGER BYRAN, NEVER REPLIED BACK TO MY CELL 423-277-3737 AT ALL.
7. I WON MY UNEMPLOYMENT.
8. ALL THIS WAS, WAS A SELFISH ACT OF RETALIATION BOTTOM LINE.
9. THE MANAGER BYRAN, NUMBER WAS, 865-254-7076 WITH TEXTS HISTORY TO SHOW ABOUT WORK.

In order to establish a violation on a **Wage** issue, the evidence must show in the following order of proof:
1) Charging Party belongs to a protected group; **(sex-male / race-black)**
2) Charging Party was paid less than others similarly situated but not of Charging Party's group;
3) The positions involved required substantially equal skill, effort and responsibility; and
4) Respondent cannot explain the difference in treatment or Respondent's explanation is in fact pretext for discrimination.

In order to establish a violation on a **Harassment** issue, the evidence must show in the following order of proof:
1) Charging Party belongs to a protected group; **(Disability)**
2) Charging Party has been subjected to objectionable or offensive treatment by co-workers having the affect of embarrassing, ridiculing, tormenting, bothering or coercing Charging Party because of Charging Party's group;
3) Charging Party made Respondent aware of the harassment or Respondent's management should have known through reasonable observation;
4) In spite of objectionable or offensive atmosphere, Respondent took no corrective action; and
5) Respondent cannot explain its lack of corrective action or the explanation is in fact pretext for discrimination.

In order to establish a violation on a **Discharge** issue, the evidence must show in the following order of proof:
1) Charging Party belongs to a protected group; **(sex-male / race-black)**
2) Charging Party was discharged;
3) Others similarly situated but not of Charging Party's group were not discharged although they committed the same or similar infractions; and
4) Respondent cannot explain the difference in treatment or Respondent's explanation is in fact pretext for discrimination.

In order to establish a violation on the basis of **Retaliation**, the evidence must show in the following order of proof:
1) Charging Party has engaged in protected activity under the statute;
2) Respondent was aware of the involvement of Charging Party in protected activity;
3) Respondent acted to deny a right or a privilege or to harm Charging Party;
4) There was a causal connection between Charging Party's activity and Respondent's action; and
5) Respondent cannot provide a nondiscriminatory reason for the action against Charging Party.

8. MY ALLEGATIONS, SHOULD NOT BE HANDLE ANY DEFFERNTLY, FROM ANY SEXUAL HARRASSMENT OR SEXUAL MISCONDUCT, ALL AROUND THE WORLD MALE OR FEMALE OR EVEN THE SAME SEXS OR RACE OR OPPOSITE RACE OF ANY KIND.

1. WHAT HAPPEN WAS WRONG-BOTTOM LINE AND WAS HANDLE WRONG-TOTALLY AND UNPROFESSIONALLY.

State of Tennessee, County of Hamblen

Sworn to and subscribed before me this 5th day of June, 2018.

_Ashley Johnson_
Notary's Signature and Seal
Commission expires 4-28-20

_Nigel M. Rudolph_
06-05-2018

[Notary Seal: ASHLEY A. JOHNSON, STATE OF TENNESSEE, NOTARY PUBLIC, HAMBLEN COUNTY]

NIGEL M. REID II
 VS
AUBREY'S RESTAURANT INC.
JASON WARD

### STATEMENT OF CLAIM

I WAS HIRED BY THE ABOVE NAMED EMPLOYER ON DECEMBER 1, 2017, AS A DISH WASHER. THE COMPANY EMPLOYS MORE THAN 15 EMPLOYEES.

ON JANUARY 3, 2018, I MADE A COMPLAINT OF SEXUAL HARASSMENT TO MY DISTRICT MANAGER. ON JANUARY 15, 2018, I WAS DISCHARGED. THE REASON GIVEN FOR MY DISCHARGE WAS FOR A NO-CALL NO-SHOW.

1

I BELIEVE THAT I HAVE BEEN DISCRIMINATED AND RETALIATED AGAINST BECAUSE OF MY RACE (BLACK) AND MY SEX (MALE) IN VIOLATION OF THE TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED, AND I BELIEVE THAT I HAVE BEEN DISCRIMINATED AND RETALIATED AGAINST BECAUSE OF MY DISABILITY, IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT AMENDMENTS ACT OF 2008, AS AMENDED.

RELIEF OF DAMAGES SEEKING IS

20 MILLION DOLLARS

State of Tennessee, County of Hamblen

Sworn to and subscribed before me this 5th day of June, 2018.

Notary's Signature and Seal
Commission expires 4-28-20

*[Notary seal: ASHLEY A. JOHNSON, STATE OF TENNESSEE, NOTARY PUBLIC, HAMBLEN COUNTY]*

06-05-2018

2